IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIBERTY LIFE INSURANCE COMPANY,  )
                                                    ) Civil Action
        Plaintiff                ) No. 09-cv-03069
                                                    )
   vs.                                 )
                                                   )
VERONICA N. FIGUEROA,              )
  Administratrix of the          )
  Estate of Ernesto Figueroa,   )
  also known as                  )
  Ernesto F. Carrion,           )
                                                   )
        Defendant               )

O R D E R

NOW, this 25th day of February, 2011, upon consideration of the following motions and documents:

    (1)    Motion for Summary Judgment of Plaintiff Liberty Life Insurance Company filed July 30, 2010;

    (2)    Defendant's Motion for Summary Judgment filed July 30, 2010; and

    (3)    Defendant's Amended Motion for Summary Judgment filed August 24, 2010;

upon consideration of the briefs of the parties; after oral argument before the undersigned on August 25, 2010; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion for Summary Judgment of Plaintiff Liberty Life Insurance Company is granted.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment and Defendant's Amended Motion for Summary Judgment are each denied.

IT IS FURTHER ORDERED that judgment is entered in favor of plaintiff Liberty Life Insurance Company and against defendant Veronica N. Figueroa, Administratrix of the Estate of Ernesto Figueroa, also known as Ernesto F. Carrion.

IT IS FURTHER ORDERED AND DECLARED that plaintiff Liberty Life Insurance Company is not obligated to pay benefits under an accidental death policy it issued to defendant's decedent Ernesto Figueroa, also known as Ernesto F. Carrion.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge